# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
ALAN DRIVER

## DEFENDANTS
RJM ACQUISITIONS, LLC

**(b)** County of Residence of First Listed Plaintiff: **DELAWARE**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number) Cary L. Flitter, Esq., and Theodore E. Lorenz, Esq., Flitter Lorenz, P.C., 450 N. Narberth Avenue, Suite 101, Narberth, PA 19072, (610) 822-0782

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause: FDCPA 15 USC § 1692

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 2/11/15

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT           APPENDIX F

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.**

Address of Plaintiff: 7279 Walnut Street, Upper Darby, PA 19082

Address of Defendant: 575 Underhill Boulevard, Suite 224, Syosset, NY 11791-4437

Place of Accident, Incident or Transaction: 7279 Walnut Street, Upper Darby, PA 19082
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock? (Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))   Yes ☐   No ☒

Does this case involve multidistrict litigation possibilities?   Yes ☐   No ☒

*RELATED CASE, IF ANY:*

Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐ No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐ No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?   Yes ☐ No ☒

CIVIL: (Place ☒ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
    (Please specify) FDCPA, 15 USC § 1692

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability (Asbestos)
9. ☐ All other Diversity Cases
    (Please specify)

**ARBITRATION CERTIFICATION**
*(Check appropriate Category)*

I, _____, counsel of record do hereby certify:
☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought

DATE: _____    Attorney-at-Law    Attorney I.D.

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 2/11/15    Attorney-at-Law    Attorney I.D. 20770

CIV.609 (4/03)

**APPENDIX I**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**CASE MANAGEMENT TRACK DESIGNATION FORM**

|  |  |
|---|---|
| ALAN DRIVER | : CIVIL ACTION |
| V. | : |
| RJM ACQUISITIONS, LLC | : NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255.   (   )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits   (   )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. ( X )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.   (   )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases)   (   )

(f) Standard Management – Cases that do not fall into any one of the other tracks.   (   )

| 2/11/15 | *(signature)* | ANDREW M. MILZ |
|---|---|---|
| **Date** | **Attorney at Law** | **Attorney for Plaintiff** |
| (610) 822-0782 | (610) 667-0552 | Amilz@consumerslaw.com |
| **Telephone** | **Fax Number** | **E-Mail Address** |

(Civ.660) 10/02

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN DRIVER<br>7279 Walnut Street<br>Upper Darby, PA 19082-3406<br>                    Plaintiff,<br><br>                vs.<br><br>RJM ACQUISITIONS, LLC<br>575 Underhill Boulevard<br>Suite 224<br>Syosset, NY 11791-4437<br>                    Defendant | CIVIL ACTION<br><br><br><br><br><br>NO. |

**COMPLAINT**

**I.    INTRODUCTION**

1. This is an action for damages brought by a consumer pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 ("FDCPA").

2. The FDCPA prohibits debt collectors from engaging in unfair or unconscionable practices in the collection of a consumer debt.

3. Defendant is subject to strict liability for sending a collection letter that exposes personal identifying information visibly on the envelope placed into the mails.

**II.    JURISDICTION**

4. Subject matter jurisdiction of this Court arises under 15 U.S.C. §1692k, actionable through 28 U.S.C. §§1331 and 1337.

1

### III. PARTIES

5. Plaintiff Alan Driver ("Plaintiff" or "Driver") is a consumer who resides in Upper Darby, Pennsylvania at the address captioned.

6. Defendant RJM Acquisitions, LLC. ("Defendant" or "RJM") is a nationwide debt collector with a principal place of business at the address captioned.

7. Defendant regularly engages in the collection of consumer debts using the mails and telephone.

8. Defendant regularly attempts to collect consumer debts alleged to be due another.

9. Defendant is a "debt collector" as that term is contemplated in the FDCPA, 15 U.S.C. § 1692a(6).

### IV. STATEMENT OF CLAIM

10. On or about February 25, 2014, Defendant RJM mailed a collection notice to Plaintiff in an attempt to collect a Bank of America debt alleged due. A copy of the February 25, 2014 letter is attached hereto as Exhibit A (redacted in part per Fed. R. Civ. P. 5.2).

11. The Bank of America debt alleged due was incurred for primarily personal, family or household use.

12. The collection letter was mailed by RJM to Plaintiff in a window envelope.

13. Visible through the glassine window of the envelope placed into the mails was a barcode containing Plaintiff's file number, found on the February 25, 2014 RJM letter.

14. The file number (ending in 1262) constitutes personal identifying information.

15. The bar code visible through the window could be easily scanned by anyone with a smartphone as scanning applications (or "Apps") are readily available to the public for free.

16. With one touch, anyone could scan the barcode and access Plaintiff's personal reference number.

17. The FDCPA prohibits the use of unfair or unconscionable means to collect or attempt to collect a debt, including the use of any language or symbol other than the debt collector's name and address on any envelope when communicating with a consumer by mail. 15 U.S.C. § 1692f(8).

18. The reference number is a piece of information capable of identifying Driver as a debtor, and its disclosure has the potential to cause harm to a consumer that the FDCPA was enacted to address.

## COUNT I
## (FAIR DEBT COLLECTION PRACTICES ACT)

19. Plaintiff repeats the allegations contained above as if the same were here set forth at length.

20. Defendant's acts described above violated the Fair Debt Collection Practices Act by the use of language or a symbol on any envelope when communicating with a consumer by mail, in violation of 15 U.S.C. § 1692f(8).

**WHEREFORE**, Plaintiff Alan Driver demands judgment against Defendant RJM Acquisitions, LLC for:

    (a) Damages;

    (b) Attorney's fees and costs; and

    (c) Such other and further relief as the Court shall deem just and proper.

## V.     JURY DEMAND

Pursuant to Fed.R.Civ.P. 38, Plaintiff demands trial by jury as to all issues so triable.

Respectfully submitted:

DATE:   2/11/15

CARY L. FLITTER
THEODORE E. LORENZ
ANDREW M. MILZ
Attorneys for Plaintiff

**FLITTER LORENZ, P.C.**
450 N. Narberth Avenue, Suite 101
Narberth, PA 19072
(610) 822-0782

4

# EXHIBIT "A"

RJM Acquisitions LLC
575 Underhill Blvd., Suite 224
Syosset, NY 11791-4437
1029451262000001RJMCDV022514

4 4 00000656
373563

**PERSONAL & CONFIDENTIAL**

RJM Acquisitions LLC
575 Underhill Blvd. Suite 224
Syosset, NY 11791-4437
Fax No. (516) 714-1310
www.rjmacq.com
Mon-Thurs 8am-6pm, Fri 8am-3pm

ACCREDITED BUSINESS — RJM Acquisitions LLC has a Better Business Bureau Rating of A+

1-800-519-2150
RJM File # ●●●●●●●1262

ALAN W DRIVER
7279 WALNUT ST
UPPER DARBY PA 19082-3406

February 25, 2014

Dear Alan W Driver

RJM Acquisitions LLC ("**RJM**") has purchased the following account:

| | |
|---|---|
| **RJM Purchased Your** | OVERDRAWN BANK OF AMERICA CHECKING ACCOUNT |
| **BANK OF AMERICA ACCOUNT#** | ●●●●●●●2591 |
| Appears on your credit report as | ●●●●●●●2591 |
| Date **RJM** Purchased This Account | DECEMBER 23, 2011 |
| Your Social Security Number | 181-6X-XXXX |
| **Account Balance** | **$458.22** |

**RJM** has received a **Consumer Dispute Verification** (a "**CDV**") from **EXPERIAN**. **RJM** takes seriously its duty to maintain accurate information concerning this account. Please contact us if you believe anything about this account is not accurate.

Please include RJM File #●●●●●●●1262 when writing.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. See back of letter for important information.

---

▼ Detach Here ▼

Re: ALAN W DRIVER

☐ Hello RJM, I would like to say: _____

_____
_____
_____

☐ I am interested in settling my account for $ _____. Contact me to confirm if my offer has been accepted.

☐ I can afford to pay $ _____ each month.

☐ Enclosed is my payment of $ _____. Please send me a receipt.

RJMCDV
CDV.V3
373563

CDV 000 001   2/25/14

7279 WALNUT ST

▼ Detach Here ▼

BANK OF AMERICA ACCOUNT#●●●●●●2591
RJM File Number: ●●●●●●1262
RJM Toll Free 1-800-519-2150

Email Address: _____

PLEASE COMPLETE IF PAYING BY DEBIT/CREDIT CARD

VISA ☐   MasterCard ☐   ☐   DISCOVER ☐

Card No. _____

Expiration Date: __/__ Amount: $_____

Cardholder Name: _____

Signature: _____

**IMPORTANT INFORMATION**

| The law limits how long you can be sued on a debt, and your debt is beyond that limitation. |
|---|

| Account Information | |
|---|---|
| Name and Address of the Original Creditor ▶ | BANK OF AMERICA<br>655 PAPERMILL ROAD<br>NEWARK, DE 19884-1322 |
| BANK OF AMERICA ACCOUNT# ▶ | 2591 |
| Date RJM Purchased this Account ▶ | December 23, 2011 |
| Balance Due: ▶ | $458.22 |

| BANK OF AMERICA has acquired other banks. | |
|---|---|
| The following banks are now a part of BANK OF AMERICA: | PROGRESS BANK<br>UNITED STATES TRUST COMPANY<br>MBNA AMERICA DELAWARE<br>FLEET NATIONAL BANK<br>NATIONSBANK TRUST COMPANY OF NY |

**Payment by Check**
When you pay by check, you authorize us either to use information from that check to make a one-time electronic fund transfer from that account or to process this transaction as a check.

000 001 - 00000556

RJM File Number: ●●●●●●●●1262
Re: ALAN W DRIVER
Account Balance: $458.22

Name (please print clearly) _____

Address _____ Apt. No. ___

City _____ State ___ Zip ___

√ Be sure the address to the right appears in the return envelope window.
√ Write RJM File # 001029451262 on your payment or correspondence.

☐ Check here if your address has changed.
Make changes above.
☐ My name has changed to:

_____
**New Name**

RJM Acquisitions LLC
575 Underhill Blvd, Suite 224
Syosset, NY 11791-9827

Email Address: _____

CDV   000 001   2/25/14

7279 WALNUT ST


ACCREDITED BUSINESS (BBB)